UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-06-415 LKK

    Plaintiff,

  v.

FERNANDO MORALES-AGUILAR,        <u>O R D E R</u>

    Defendant.
_____/

    The court is in receipt of a document from the defendant. Because the court cannot discern from the document what defendant seeks, if anything, the court will take no action.

    IT IS SO ORDERED.

    DATED: June 8, 2012.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT